PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>           Plaintiff, <br>     v. <br> DAVID TRAN, <br><br>           Defendant. | CASE NO. 2:24-CR-00075-DJC <br><br> ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based on the representations contained in the government's Request to Seal Documents, IT IS HEREBY ORDERED that the four-page supplement to the plea agreement and the government's Request to Seal Documents shall be SEALED until further order of this Court.

It is further ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the supplement to the plea agreement serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.

///

///

1   In light of the public filing of the notice of request to seal, the Court further finds that there are no additional alternatives to sealing the supplement to the plea agreement and the Request to Seal Documents that would adequately protect the compelling interests identified by the government.

Dated: April 17, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE