PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00075 DJC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER |
| v. | |
| DAVID TRAN, | DATE: January 30, 2025 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2024, the United States charged Tran by information with four counts of money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF 1.

2. On April 18, 2024, Tran pled guilty to one count of money laundering. ECF 9.

3. This matter currently is set for a status conference regarding sentencing on November 21, 2024. ECF 14.

//

//

//

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to January 30, 2025, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: November 15, 2024           PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: November 15, 2024           /s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
DAVID TRAN

**ORDER**

IT IS SO ORDERED this 18th day of November, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE