MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>        v.<br><br>DAVID TRAN,<br><br>                  Defendant. | CASE NO. 2:24-cr-75 DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>DATE: April 24, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2024, the United States charged Tran by information with four counts of money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF 1.

2. On April 18, 2024, Tran pled guilty to one count of money laundering. ECF 9.

3. This matter currently is set for a status conference regarding sentencing on January 30, 2025. ECF 17.

//

//

//

4.      Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to April 24, 2025, at 9:00 a.m.

IT IS SO STIPULATED.


Dated:  January 23, 2025                           MICHELE BECKWITH
                                                   Acting United States Attorney


                                                   /s/ MATTHEW THUESEN
                                                   MATTHEW THUESEN
                                                   Assistant United States Attorney

Dated:  January 23, 2025                           /s/ CANDICE L. FIELDS
                                                   CANDICE L. FIELDS
                                                   Counsel for Defendant
                                                   DAVID TRAN


**ORDER**


IT IS SO ORDERED this 23rd day of January, 2025.


                                                   /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE