MICHELE BECKWITH
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-75 DJC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER |
| v. | |
| DAVID TRAN, | DATE: August 21, 2025 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2024, the United States charged Tran by information with four counts of money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF 1.

2. On April 18, 2024, Tran pled guilty to one count of money laundering. ECF 9.

3. This matter currently is set for a status conference regarding sentencing on April 24, 2025. ECF 19.

//

//

//

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to August 21, 2025, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  April 15, 2025                     MICHELE BECKWITH
                                           Acting United States Attorney

                                           /s/ MATTHEW THUESEN
                                           MATTHEW THUESEN
                                           Assistant United States Attorney

Dated:  April 15, 2025                     /s/ CANDICE L. FIELDS
                                           CANDICE L. FIELDS
                                           Counsel for Defendant
                                           DAVID TRAN

## ORDER

IT IS SO ORDERED this 16th day of April, 2025.

                                           /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE