ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID TRAN, <br><br> Defendant. | CASE NO. 2:24-cr-75 DJC <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER <br><br> DATE: October 23, 2025 <br> TIME: 9:00 a.m. <br> COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2024, the United States charged Tran by information with four counts of money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF 1.

2. On April 18, 2024, Tran pled guilty to one count of money laundering. ECF 9.

3. This matter currently is set for a status conference regarding sentencing on August 21, 2025. ECF 21.

//

//

//

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to October 23, 2025, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  August 12, 2025                                  ERIC GRANT
                                                             United States Attorney

                                                             /s/ MATTHEW THUESEN
                                                             MATTHEW THUESEN
                                                             Assistant United States Attorney

Dated:  August 12, 2025                                  /s/ CANDICE L. FIELDS
                                                             CANDICE L. FIELDS
                                                             Counsel for Defendant
                                                             DAVID TRAN

**ORDER**

IT IS SO ORDERED this 13th day of August, 2025.

                                                             /s/ Daniel J. Calabretta
                                                             THE HONORABLE DANIEL J. CALABRETTA
                                                             UNITED STATES DISTRICT JUDGE