1  ERIC GRANT
   United States Attorney
2  MATTHEW THUESEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-75 DJC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER |
| v. | |
| DAVID TRAN, | DATE: January 22, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

18  The United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20  1.   On March 28, 2024, the United States charged Tran by information with four counts of

21  money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18

22  U.S.C. § 1344. ECF 1.

23  2.   On April 18, 2024, Tran pled guilty to one count of money laundering. ECF 9.

24  3.   This matter currently is set for a status conference regarding sentencing on October 23,

25  2025. ECF 23.

26  //

27  //

28  //

STIPULATION TO CONTINUE STATUS CONFERENCE              1
REGARDING SENTENCING

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to January 22, 2026, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  October 14, 2025                    ERIC GRANT
                                            United States Attorney

                                            /s/ MATTHEW THUESEN
                                            MATTHEW THUESEN
                                            Assistant United States Attorney

Dated:  October 14, 2025                    /s/ CANDICE L. FIELDS
                                            CANDICE L. FIELDS
                                            Counsel for Defendant
                                            DAVID TRAN

**ORDER**

IT IS SO ORDERED this 14th day of October, 2025.

                                            /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE