ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00075-DJC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER |
| v. | |
| DAVID TRAN, | DATE: April 23, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2024, the United States charged Tran by information with four counts of money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF 1.

2. On April 18, 2024, Tran pled guilty to one count of money laundering. ECF 9.

3. This matter currently is set for a status conference regarding sentencing on January 22, 2026. ECF 25.

//

//

//

STIPULATION TO CONTINUE STATUS CONFERENCE
REGARDING SENTENCING

1

4.    Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to April 23, 2026, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  January 14, 2026                          ERIC GRANT
                                                  United States Attorney


                                                  /s/ MATTHEW THUESEN
                                                  MATTHEW THUESEN
                                                  Assistant United States Attorney


Dated:  January 14, 2026                          /s/ CANDICE L. FIELDS
                                                  CANDICE L. FIELDS
                                                  Counsel for Defendant
                                                  DAVID TRAN


**ORDER**


IT IS SO ORDERED this 14th day of January 2026.


                                                  /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE


STIPULATION TO CONTINUE STATUS CONFERENCE          2
REGARDING SENTENCING