ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                         v.<br><br>DAVID TRAN,<br><br>                                    Defendant. | CASE NO. 2:24-cr-75 DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>DATE: July 16, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On March 28, 2024, the United States charged Tran by information with four counts of money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18 U.S.C. § 1344. ECF 1.

2.      On April 18, 2024, Tran pled guilty to one count of money laundering. ECF 9.

3.      This matter currently is set for a status conference regarding sentencing on April 23, 2026. ECF 27.

//

//

//

STIPULATION TO CONTINUE STATUS CONFERENCE
REGARDING SENTENCING

1

4.      Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to July 16, 2026, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  April 17, 2026                                    ERIC GRANT
                                                         United States Attorney


                                                         /s/ MATTHEW THUESEN
                                                         MATTHEW THUESEN
                                                         Assistant United States Attorney

Dated:  April 17, 2026                                    /s/ CANDICE L. FIELDS
                                                         CANDICE L. FIELDS
                                                         Counsel for Defendant
                                                         DAVID TRAN


**ORDER**

IT IS SO ORDERED.


Dated:  April 17, 2026                                    /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE