ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID TRAN,<br>Defendant. | CASE NO. 2:24-cr-75 DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>DATE: November 12, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 28, 2024, the United States charged Tran by information with four counts of money laundering, in violation of 18 U.S.C. § 1956, and two counts of bank fraud, in violation of 18 U.S.C. § 1344.

2. On April 18, 2024, pursuant to a plea agreement, Tran pleaded guilty to one count of money laundering.

3. This matter currently is set for a status conference regarding sentencing on November 12, 2026.

//

//

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to January 21, 2027, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: November 3, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: November 3, 2026

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
DAVID TRAN

**ORDER**

IT IS SO ORDERED this 3rd day of November, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE